KENNETH BANK, Appellant, v MARNEY WHITE, Respondent.

Submitted November 19, 2007; decided December 20, 2007

Reported below, 40 AD3d 790.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

ADELAIDE BARNES, Plaintiff, v NEW YORK CITY HOUSING AUTHORITY et al., Defendants. (And Third-Party Actions.) (Action No. 1.)

GENEVA THREATS et al., Plaintiffs, v NEW YORK CITY HOUSING AUTHORITY, Defendant and Third-Party Plaintiff, et al., Defendant. ADEL-FIA CONTRACTING, INC., et al., Third-Party Defendants. SEARS, INC., Third-Party Defendant-Respondent; PROFESSIONAL FLOOR COVERING INSTALLATION, INC., Third-Party Defendant-Appellant. (Action No. 2.) (And Five Other Actions and Third-Party Actions.)

Submitted October 29, 2007; decided December 20, 2007

Reported below, 43 AD3d 842.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the actions within the meaning of the Constitution.